UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONALD RAY JOHNSON (#300867)

VERSUS

JAMES LEBLANC, ET AL

CIVIL ACTION

NO.  09-719-BAJ-CN

## RULING

The Court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 26, 2011, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the plaintiff's Motion for Summary Judgment (doc. 40), is hereby **DENIED**, and this matter is referred back to Magistrate Judge Christine Noland for further proceedings.

Baton Rouge, Louisiana, February 23 , 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA